IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOARD OF TRUSTEES OF                                                    PLAINTIFF
ARKANSAS TECH UNIVERSITY

v.                     CASE NO. 4:17-CV-00439 BSM

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION                                                             DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of May 2018.

_____
UNITED STATES DISTRICT JUDGE